FOURTH DEPARTMENT, JUNE, 1985

(June 4, 1985)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE BOUYEA, Appellant.—Upon remittitur from the Court of Appeals, judgment unanimously affirmed. Present—Callahan, J. P., Denman, Boomer, O'Donnell and Schnepp, JJ.